IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Graham, Augusta Inel

Printed: 02/17/09

Case Number:  07 B 09023
Judge:  Hollis, Pamela S
Filed:  5/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  January 5, 2009
Confirmed:   July 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,400.00 |  |
| Secured: |  | 8,520.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,274.00 |
| Trustee Fee: |  | 605.60 |
| Other Funds: |  | 0.00 |
| Totals: | 10,400.00 | 10,400.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Gleason & MacMaster | Administrative | 1,274.00 | 1,274.00 |
| 2. GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. GMAC Mortgage Corporation | Secured | 29,027.10 | 8,520.40 |
| 4. RoundUp Funding LLC | Unsecured | 1,761.76 | 0.00 |
| 5. Performance Capital Mgmt | Unsecured | 504.44 | 0.00 |
| 6. First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 7. South Suburban Hospital | Unsecured |  | No Claim Filed |
|  |  | $ 32,567.30 | $ 9,794.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 345.60 |
| 6.5% | 260.00 |
|  | $ 605.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

